[No. 1508-2.    Division Two.    December 9, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES LEWIS DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 63994, John H. Kirkwood, J., entered June 21, 1974. *Affirmed* by unpublished opinion per Petrie, C.J., concurred in by Pearson and Reed, JJ.

[No. 1561-2.    Division Two.    December 12, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID LEWIS PADGETT, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. C-1494, Robert A. Hannan, J., entered August 12, 1974. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrie, C.J., and Pearson, J.

[No. 2812-1.    Division One.    December 15, 1975.]

EMMETT WOODARD, *Plaintiff*, v. SELAS CORPORATION OF AMERICA, *Appellant*, EARLE M. JORGENSEN COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 758637, James W. Mifflin, J., entered February 6, 1974. *Affirmed* by unpublished opinion per Williams, C.J., concurred in by Swanson and Callow, JJ.

[No. 3553-1.    Division One.    December 15, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY EDWARD WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 69297, Janice Niemi, J., entered January 3, 1975. *Affirmed* by unpublished per curiam opinion.